

Betsy G. Ramos
856.914.2052
bramos@capehart.com
Fax: 856.235.2786

June 26, 2020

<u>**VIA E-FILING**</u>

The Honorable Renee Marie Bumb, U.S.D.J.
United States District Court
District of New Jersey
Camden Vicinage
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

    Re:    <u>**Minor, Demetrius v. Dilks, Sgt. David, et al.**</u>
             **Docket No.  1:19-cv-18261-RMB-AMD**
             **Our File No.  9000-22022**

Dear Judge Bumb,

    This office represents Plaintiff Demetrius Minor in the above-captioned matter. Please accept this letter as a status report on this matter.

    My office has had several communications with Plaintiff since being appointed as pro bono counsel. After speaking with Plaintiff, we prepared an Amended Complaint to incorporate new factual allegations since the filing of the original Complaint. However, prior to filing the Amended Complaint, we were contact by DAG Michael Vomacka, who represents the Defendants. Since that time, we have been attempting to resolve this matter amicably, without the need to file an Amended Complaint. Our efforts in that respect are thus continuing. Thank you.

    Very truly yours,

    CAPEHART & SCATCHARD, P.A.

    */s/ Betsy G. Ramos*
    Betsy G. Ramos

8017679

cc:    DAG Michael Vomacka, Esq. (via e-mail)