UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| DEMETRIUS MINOR, | : | **CIV. NO. 19-18261 (RMB-AMD)** |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | **ORDER APPLIES TO BOTH ACTIONS** |
| | : | |
| SERGEANT DAVID DILKS, *et al.*, | : | |
| | : | |
| Defendants | : | |

| | | |
|---|---|---|
| DEMETRIUS MINOR, | : | **CIV. NO. 20-8601 (RMB-AMD)** |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | **ORDER APPLIES TO BOTH ACTIONS** |
| | : | |
| JOHN POWELL, *et al.*, | : | |
| | : | |
| Defendants | : | |

This matter comes before the Court upon Plaintiff's filing of a civil action, No. 20-8601, which presents common issues of law and fact with Civil Action No. 19-18261, for which the Court has appointed Plaintiff pro bono counsel and Defendants have been served with the original complaint. The Court will consolidate the actions pursuant to Federal Rule of Civil Procedure 42(a)(2) and direct Plaintiff's counsel to file a status update within 30 days.

**IT IS** therefore on this **15th day of July 2020**,

**ORDERED** that Civil Actions 19-18261(RMB-AMD) and 20-8601(RMB-AMD) shall be consolidated; and it is further

**ORDERED** that it is requested that Plaintiff's pro bono counsel, within 30 days of entry of this Order, file a status update of these actions with the Court; and it is further

**ORDERED** that the Clerk of the Court shall serve Plaintiff with a copy of this Order by regular mail.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**