<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | | |
|---|---|---|
| DEMETRIUS MINOR, | : | |
| Plaintiff, | : | Civ. No. 20-8601 (RMB) (AMD) |
| v. | : | |
| JOHN POWELL, et al., | : | **MEMORANDUM & ORDER** |
| Defendants. | : | |

Plaintiff is proceeding with a civil rights complaint. This matter has been consolidated with another action filed by Plaintiff where he is proceeding through counsel. (*See* Civ. No. 19-18261). For docket management purposes only, this action, Civ. No. 20-8601, shall therefore be administratively terminated.

Accordingly, IT IS on this 24th day of August, 2021,

ORDERED the Clerk shall administratively terminate this action as it has been consolidated with Civ. No. 19-18261; and it is further

ORDERED the Clerk shall also file this memorandum and order in Civ. No. 19-18261.

s/ Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge
